# UNITED STATES DISTRICT COURT
## District of Minnesota

Michael D. Loos,

                Plaintiff,

v.

BNSF Railway Company,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 13cv03373 PAM/FLN

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendant BNSF Railway Company was negligent in failing to provide Plaintiff Michael Loos reasonably safe conditions for work on December 19, 2010.
2. Defendant BNSF Railway Company's negligence did cause, in whole or in part, injury to Plaintiff Michael Loos on December 19, 2010.
3. Plaintiff Michael Loos was not negligent in connection with the December 19, 2010 incident.
4. The amount found to fairly and adequately compensate Plaintiff Michael Loos for damages sustained as a result of the December 19, 2010 incident up to the time of this verdict is as follows:
   a. Past pain, disability, and emotional distress: $85,000.00
   b. Past wage loss: $30,000.00
   c. Past medical expenses: $11,212.78.
5. The amount of money found to fairly and adequately compensate Plaintiff Michael Loos for damages reasonably certain to occur in the future as a result of the December 19, 2010 incident is as follows:
   a. Future pain, disability, and emotional distress: $0
   b. Loss of future earning capacity: $0.

Date: September 17, 2015

RICHARD D. SLETTEN, CLERK

s/Jackie Phipps

s/Paul A. Magnuson

(By)     Jackie Phipps, Deputy Clerk

_____
PAUL A. MAGNUSON
United States District Judge