UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Michael D. Loos, | Civil File No: 13-cv-03373-PAM-FLN |
| | Case Type: FELA/FRSA |
| Plaintiff, | |
| v. | **AFFIDAVIT OF** |
| | **SALLY J. FERGUSON** |
| BNSF Railway Company, | **IN SUPPORT OF BNSF RAILWAY** |
| | **COMPANY'S BILL OF COSTS** |
| Defendant. | |

---

STATE OF MINNESOTA    )
                     ) ss.
COUNTY OF HENNEPIN    )

I, Sally J. Ferguson, being duly sworn, declare and state as follows:

1. I am an attorney at the law firm of Arthur, Chapman, Kettering, Smetak & Pikala, P.A., counsel of record for Defendant BNSF Railway Company (hereinafter referred to as "BNSF"), in the above-captioned action.

2. The deposition transcripts of Michael D. Loos, Jeff Pientka, Andrew A. Hoffman, M.D., George Joyce and Matthew Bailey were used in Defendant BNSF's Motion for Summary Judgment.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

s/ Sally J. Ferguson
Sally J. Ferguson

Subscribed and sworn to before me
this 12th day of October, 2015.

s/ Kimberly A. Bartlett
Notary Public

5786006